**UNITED STATES of America,**
**Appellee,**

v.

**James M. ALSUP, Appellant.**

No. 07–2360.

United States Court of Appeals,
Eighth Circuit.

Submitted: April 14, 2008.

Filed: April 17, 2008.

Thomas D. Carver, Carver & Cantin, LLC, Springfield, MO (Dee Wampler, Law Offices of Dee Wampler, Springfield, MO, on the brief), for appellant.

Philip M. Koppe, Asst. U.S. Atty., Kansas City, MO (John F. Wood, U.S. Atty., Kansas City, MO, Douglas C. Bunch, Asst. U.S. Atty., Springfield, MO, on the brief), for appellee.

Before WOLLMAN, RILEY, and GRUENDER, Circuit Judges.

[UNPUBLISHED]

PER CURIAM.

James M. Alsup appeals the 180–month mandatory minimum sentence the district court[1] imposed after he pleaded guilty to being a felon in possession of firearms and ammunition, in violation of 18 U.S.C. §§ 922(g)(1), 924(a)(2). He argues that the district court's imposition of the mandatory minimum sentence set forth in 18 U.S.C. § 924(e)(1) is illegal, because it is not factually supported. *See* 18 U.S.C. § 924(e)(1) (§ 922(g) offender who has at least 3 prior convictions for violent felony or serious drug offense is subject to at least 15 years in prison). Specifically, he argues that the court never received into evidence the government's exhibits concerning his prior felony convictions, and did not make the required findings for the statutory minimum sentence.

Alsup's arguments are belied by the record: the sentencing transcript shows clearly that the district court admitted the government's exhibits supporting and detailing four of his prior felony convictions; and, in its Statement of Reasons, the court specifically adopted, without change, the presentence report, which listed and described the predicate convictions and concluded that armed-career-criminal status was warranted under section 924(e) and U.S.S.G. § 4B1.4.

Accordingly, we affirm.

---

1. The Honorable Richard E. Dorr, United States District Judge for the Western District of Missouri.